**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 05-1594

GEORGE WASHINGTON,

Plaintiff, Appellant,

v.

CUMBERLAND COUNTY JAIL,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. John A. Woodcock, Jr., U.S. District Judge]

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

George Washington, on brief pro se.
Michael J. Schmidt, on brief for defendant, appellee.

December 30, 2005

**Per Curiam**.  After carefully considering the briefs and record on appeal, we <u>affirm</u> the judgment below.[1]

The record at summary judgment failed to reveal any trial-worthy issue.  Fed. R. Civ. P. 56(c); <u>Triangle Trading Co., Inc.,</u> v. <u>Robroy Indus., Inc</u>. 200 F.3d 1 (1st Cir. 1999).  Among other problems, the appellant admitted that he never exhausted administrative remedies concerning his claim that he was denied access to legal materials.  <u>Nicolo</u> v. <u>Philip Morris, Inc</u>., 201 F.3d 29 (1st Cir. 2000).  In addition, he raises new issues on appeal that were not developed below, thus, are not properly before us. <u>Hernandez-Hernandez</u> v. <u>United States</u>, 904 F.2d 758 (1st Cir. 1990).

<u>Affirmed</u>.  1st Cir. R. 27(c).

---

[1] Accordingly, we shall not appoint of counsel for the appellant.